

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-16-00139-CR, 07-16-00140-CR,
07-16-00141-CR, 07-16-00142-CR

RAMON AGUERO, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 64th District Court
Castro County, Texas
Trial Court Nos. A3521-1401, A3544-1405, A3551-1406, A3573-1410,
Honorable Robert W. Kinkaid, Jr., Presiding

May 31, 2016

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Ramon Aguero, Jr., appealed judgments convicting him of criminal mischief (07-16-00139-CR), hindering a secured creditor (07-16-00140-CR), violating motor fuel tax requirements (07-16-00141-CR), and theft (07-16-00142-CR). Appellant was sentenced to confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of two years for criminal mischief, eight years for hindering a secured creditor, eight years for violating motor fuel tax requirements, and fourteen

years for theft. Each of the sentences are to run concurrently. Appellant filed a pro se motion to dismiss appeal on April 25, 2016. Appellant's counsel, likewise, filed a motion to dismiss appeal on May 24, 2016.

Because these motions meet the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decisions prior to receiving them, the motions are hereby granted and the appeals are dismissed. Having dismissed the appeals at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.